IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. JOYCE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-0439 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| K-MART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for judgment on the pleadings (Docket Entry No. 5) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 17th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge